AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | Investigative – Filed Under Seal |
| v. | Case No. 26-mj-099 (DJF) |
| DAVIS REDMOND | |

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about January 21, 2026, in the State and District of Minnesota, Defendant Davis REDMOND (YOB 1996) did forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in 18 U.S.C. § 1114, namely, Victim 1 and Victim 2, U.S. Border Patrol Agents, who were engaged in, and on account of, the performance of official duties all in violation of Title 18, Section 111(a).

I further state that I am a Special Agent with the HSI, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
*Complainant's signature*

Bronson D. Day, Special Agent, HSI
_____
*Printed name and title*

Sworn to and signed before me, by reliable electronic means (Zoom and box on USAfx), pursuant to Fed. R. Crim. P. 41(d)(3),

Date: Jan. 29, 2026

City and State: Minneapolis, MN

_____
*Judge's Signature*

Dulce J. Foster
United States Magistrate Judge
_____
*Printed Name and Title*