AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| UNITED STATES OF AMERICA | **Investigative – Filed Under Seal** |
|---|---|
| v. | Case No. 26-mj-099 (DJF) |
| DAVIS REDMOND | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     DAVIS REDMOND,

who is accused of an offense or violation based on the following document filed with the court:

___ Indictment     ___ Superseding Indictment     ___ Information     ___ Superseding Information     _X_ Complaint

**Count 1**: On or about January 21, 2026, in the State and District of Minnesota, Defendant Davis REDMOND (YOB 1996) did forcibly assault, resist, oppose, impede, intimidate, or interfere with a person designated in 18 U.S.C. § 1114, namely, Victim 1 and Victim 2, U.S. Border Patrol Agents, who were engaged in, and on account of, the performance of official duties all in violation of Title 18, Section 111(a).

Date: Jan 29, 2026

City and State: Minneapolis, MN

*Issuing officer's signature*

Dulce J. Foster, United States Magistrate Judge
*Printed Name and Title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ | _____ *Arresting officer's signature* |
| | _____ *Printed name and title* |