UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Court File No.  26-mj-99 |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| Davis Redmond | |
| Defendant. | |

The undersigned attorney hereby notifies the Court and counsel that Kevin C. Riach of The Law Firm of Kevin C. Riach, P.L.L.C. shall appear as counsel of record for Defendant Davis Redmond in this case.

Respectfully submitted,

February 6, 2026

*/s/ Kevin C. Riach*
Kevin C. Riach, #389277
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone: 612.203.8555
kevin@riachdefense.com

**ATTORNEY FOR DEFENDANT**