UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

  v.

Davis Redmond,

      Defendant.

Court File No. 26-mj-99

**SPEEDY TRIAL DEMAND**

Defendant hereby demands a speedy trial pursuant to 18 U.S.C. § 3161(c) and the Sixth Amendment to the Constitution.

Dated:  February 6, 2026

*/s/ Kevin C. Riach*

Kevin C. Riach (#0389277)
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone:  612.203.8555
kevin@riachdefense.com

***Attorney for Defendant***