# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# INITIAL APPEARANCE / MISDEMEANOR ARRAIGNMENT MINUTES

United States of America,

        Plaintiff,

v.

Davis Redmond,

        Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: SHANNON G. ELKINS
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 26-mj-99 (SGE) |
| Date: | February 17, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Court Reporter: | Janell Gruber |
| Recording: | None |
| Time Commenced: | 4:06 PM |
| Time Concluded: | 4:12 PM |
| Time in Court: | 6 Minutes (2 minutes for Initial Appearance & 4 minutes for Arraignment) |

**APPEARANCES:**

    Plaintiff:    John Rodrigo Arboleda, Assistant U.S. Attorney
    Defendant:    Kevin Riach,  ☒ CJA Appointment

Interpreter / Language:    N/A   //   ENGLISH

**PROCEEDINGS:**
    ☒ **Initial Appearance** – ☒ Advised of Rights
    ☒ **Arraignment** on ☒ Information
    ☒ Waived Reading of Charges
    ☒ Not Guilty Plea entered as to Count 1
    ☒ Bond continued.

Additional Information:

    ☒ Counsel to be notified of additional dates by separate Scheduling Order to be issued.

                                 s/ *Holly M.*
                                 Courtroom Deputy