UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Court File No. 26-mj-99 |
|     Plaintiff, | |
|     v. | **MOTION TO DISMISS FOR LACK OF PROBABLE CAUSE** |
| Davis Redmond, | |
|     Defendant. | |

---

Defendant Davis Redmond respectfully moves the Court to dismiss the misdemeanor information (ECF No. 12) in this case for lack of probable cause pursuant to the Due Process guarantees of the Fifth Amendment to the United States Constitution and Fed. R. Crim. P. 12. Defendant requests an evidentiary hearing at which he can present evidence in support of this motion, including testimony by Defendant and the relevant agents.

In short, through this misdemeanor prosecution the government has attempted to convert a slow-motion fender-bender on a snowy side street (for which the ICE agents involved were at fault) into a crime. Defendant has already been traumatized, had his constitutional rights violated, and been doxxed by the Attorney General herself; this case should be put out of its misery and dismissed pretrial for lack of probable cause.

Respectfully submitted,

Dated:   March 10, 2026           s/ *Kevin C. Riach*
                                  Kevin C. Riach
                                  Attorney ID No. 389277
                                  THE LAW OFFICE OF KEVIN C. RIACH
                                  125 Main St. SE, Suite 339
                                  Minneapolis, MN 55414
                                  Phone:   612-203-8555

                                  **ATTORNEY FOR DEFENDANT**