UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America,

      Plaintiff,

  v.

Davis Redmond,

      Defendant.

Court File No. 26-mj-99

**MEET AND CONFER STATEMENT**

---

Counsel for Defendant held a telephonic meet-and-confer with counsel for the government on March 10, 2026, during which they discussed Defendant's pretrial motions. Counsel for the government indicated that they object to the motions.

Respectfully submitted,

Dated:  March 11, 2026

*/s/ Kevin C. Riach*

Kevin C. Riach (#0389277)
125 Main St. SE, Suite 339
Minneapolis, MN 55412
Telephone:  612.203.8555
kevin@riachdefense.com

***Attorney for Defendant***